# *State of New York*
## *Supreme Court, Appellate Division*
### *Third Judicial Department*

Decided and Entered:  June 25, 2015                    D-39-15
_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                MEMORANDUM AND ORDER
    STANDARDS,                                ON MOTION
                    Petitioner;

KEI MATSUMOTO,
                    Respondent.

(Attorney Registration No. 4489811)

_____


Calendar Date:  February 9, 2015

Before:  McCarthy, J.P., Garry, Lynch and Clark, JJ.

                    _____


        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        Kei Matsumoto, Tokyo, Japan, respondent pro se.

                    _____


Per Curiam.

        Respondent, who was admitted to practice by this Court in
2007, was suspended by this Court's order dated January 30, 2014
for failure to comply with the attorney registration requirements
of Judiciary Law § 468-a (113 AD3d 1020 [2014]).

        Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of
the Courts (see 22 NYCRR part 118).  Petitioner does not object

to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

McCarthy, J.P., Garry, Lynch and Clark, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court